**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7538**

JASON L. AMIN-BEY, Now Being, By Faith-Based Monen Correction, Holy Pharoah Maikha' Elohim Rusul' Alu-Admiral Ala'ad-Din Lunariel Solariel Al'Ahezaah El-Bey., Ed. D.,

        Plaintiff – Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:14-cv-00553-TSE-TCB)

Submitted:  February 20, 2015      Decided:  March 5, 2015

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jason L. Amin-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason L. Amin-Bey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice pursuant to Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Amin-Bey v. United States, No. 1:14-cv-00553-TSE-TCB (E.D. Va. Sept. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED